UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD WARD,

          Plaintiff,

Case No.     12-11993

v.

HONORABLE AVERN COHN

STATE OF MICHIGAN and TROY SZUKHENT,

          Defendants.

_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on November 16, 2012 judgment is entered in favor of defendant State of Michigan and defendant Troy Szukhent in his official capacity as a Michigan State Trooper only.

DAVID WEAVER

Dated: November 16, 2012        By: s/Julie Owens
                                                Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 16, 2012, by electronic and/or ordinary mail.

                                                  S/Julie Owens
                                                Case Manager, (313) 234-5160